IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER,<br>    Plaintiff, | :<br>:<br>: |
| V. | : CASE NO: 3.07-CV-501-WKW<br>: |
| REGIS CORP. INC.,<br>    Defendant. | :<br>:<br>: |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order
No. 3047:

  **X**   There are no entities to be reported.
 - or -
The following entities are hereby reported:

_____
_____
_____

June 5, 2007
Date

By _____
Benjamin H. Parr  (PAR-112)
Counsel for Amy Carpenter
410 Second Avenue
Opelika AL 36801
(334) 745-3333

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing CORPORATE/CONFLICT DISCLOSURE STATEMENT by placing a copy in the U.S. Mail and properly addressed to Regis Corp. Inc. c/o National Registered Agents Inc. 150 South Perry Street  Montgomery AL 36104  on this the 5th day of June 2007.

                                              Benjamin H. Parr
                                              Attorney at Law
                                              410 Second Avenue
                                              Opelika, Alabama 36801
                                              Telephone Number: (334) 745-3333
                                              Facsimile Number: (334) 745-3155