AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AMY CARPENTER

V.

REGIS CORP. INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:07-cv-501-WKW

TO: (Name and address of Defendant)

REGIS CORP. INC.
C/O NATIONAL REGISTERED AGENTS INC.
150 SOUTH PERRY STREET
MONTGOMERY AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BENJAMIN H. PARR
INGRUM, RICE, & PARR, LLC
410 SECOND AVE.
OPELIKA AL 36801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 6/8/07