# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

AMY CARPENTER,

**Plaintiff,**

v.

REGIS CORP., INC.,

**Defendant.**

Civil Action No.:
**3:07-CV-00501-WKW-CSC**

## DEFENDANT'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Regis Corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order no. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Supercuts, Inc. | Subsidiary |
| Trade Secrets, Inc. | Subsidiary |
| See attached listing of d/b/a's | |

June 29, 2007
Date

Respectfully submitted,

s/ Brian R. Bostick
Timothy A. Palmer
Brian R. Bostick
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

One Federal Place, Suite 1900
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900 Telephone
(205) 328-6000 Facsimile
brian.bostick@odnss.com

Attorneys for Defendant Regis Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2007, I electronically filed the foregoing Defendant's Conflict Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Benjamin H. Parr.

s/ Brian R. Bostick

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1900
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900 Telephone
(205) 328-6000 Facsimile
brian.bostick@odnss.com

Arthur Angelo School of Cosmetology
Arizona Grand
Artistic Beauty College
Beauty Bar
Beauty Boutique
Best Cuts
Beauty Express
Beauty First
Black Hair Is
Blaine Beauty Schools
Borics Hair Care
Barbers in Wal-Mart
Bravo Hairstylists
Beauty Supply Outlet
Beauty Unlimited
Beauty Lines
Beauty Systems
Carlton Academy
Cameo Hair Styling Ltd.
Cost Cutters
Captains Chair
Cool Cuts 4 Kids
Cutting Edge
Carlton Hair International
Chicago Hair
Classic Hair Design
Chic Colleges
City Cuts
City Looks
Concord School of Hair Design
Command Performance
A Cut Above Beauty College
Hair Dynasty
Esalon
Euphoria
First Choice
Famous Hair
Family Haircut Store
Ficocello's
Fiesta Salons
Glemby
Great Cuts
Great Expectations
Group Gerard Glemain-France
Hair Accents Salon
Hair Essential

Hair Performers
Hair Techniques
Hubert Braun
Hair by Stuarts
Hair Club for Men
Hair Car Harmony
Haircuts Plus
Haircrafters
The Hair Design School
Head Hunters
Haircrafters Franchise
Hair Happening
Heidi's
Hair Inc
Hairmasters
Holiday Hair
Hair Plus
Headstart
Iowa Haircutters
Images
Just Cuts
Jean Louis David
John Jay
John Patrick
Leda
Linear Salon
LSC
Magicuts
Martins College of Cosmetology
Maxims Salon
Mastercuts
Main Event
Megabrush
Mia & Maxx Hair Studio
Mitchell's Hairstyling
Michael of the Carlyle
Mantrap
No Appointment
Natural Motion
National Hair Care
Oasis
Outlooks for Hair
Panopouios
Perfect Cut
Pierre's School
Planet Diva

Precision Cuts
Progressions
Pro-Cuts
Regis Expressalon
Regis Salon
Real Super Store
Safari Salons
Spritz
Style America
Stylines
Saturday's
Supercuts
Salon Experience
Salon Mando
Sensations
Superhair
Regis Signature Salon
Scot Lewid Schools
Sheer Performance
Shear Pleasure

Soul Scissors
Salon Screts
Smartstyle
Super Clips
System Seen Salon
Third Dimension
Trade Secret
TGF
Taylor Maid
Toppy's
Twin Scissors
Vidal Sassoon
Warwick Academy of Beauty
We Care Hair
Willoughby's
Wigs (Kiosk Salon)
Yankee Clipper
Your Fathers Mustache