IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>REGIS CORP., INC.,<br><br>    Defendant. | Civil Action No.:<br>3:07-CV-00501-WKW-CSC |

### REPORT OF THE PARTIES' PLANNING MEETING

1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on July 20, 2007, via telephone between counsel for the plaintiff and counsel for the defendant.

Appearing on behalf of plaintiff:

>   Benjamin H. Parr
>   410 Second Avenue
>   Opelika, Alabama 36801

Appearing on behalf of defendant:

>   Brian R. Bostick
>   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>   One Federal Place, Suite 1000
>   1819 5th Avenue North
>   Birmingham, Alabama 35203

2.    Pre-Discovery Disclosures:

The information required by Local Rule 26.1(a)(1) should be disclosed on or before September 6, 2007.

3.    Discovery Plan:

The parties jointly propose to the Court the following discovery plan:

      a. Discovery will be needed on plaintiff's claims and alleged damages, and defendants' asserted defenses.

      b. All discovery must be commenced in time to be completed by March 28, 2008.

<u>Depositions:</u>

Maximum of 7 depositions for each party with a maximum time limit of 6 hours per deposition (except for Plaintiff and a 30(b)(6) corporate representative deposition), unless extended by agreement of the parties.

<u>Interrogatories:</u>

Maximum of 25 by each party, with responses due within 30 days after service.

<u>Request for Admissions:</u>

Maximum of 25 by each party, with responses due within 30 days after service.

<u>Request for Production:</u>

Maximum of 25 by each party, with responses due within 30 days after service.

<u>Expert Testimony:</u>

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert - are due:

    From the plaintiff on or before November 1, 2007.
    From the defendant on or before February 1, 2008.

<u>Supplementation:</u>

Supplementations under Rule 26(e), Fed. R. Civ. P., within a reasonable period of time after discovery of such information.

4.   <u>Other Items:</u>

      a. The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

      b. The parties request a pre-trial conference at some point after all

3 4017603-1            2

dispositive motions have been ruled upon.

  c.  The plaintiff shall have until October 1, 2007, to amend the pleadings or add parties. The defendant shall have until November 1, 2007, to amend the pleadings or add parties.

  d.  All potentially dispositive motions must be filed by April 28, 2008.

  e.  Settlement cannot be evaluated prior to conducting some initial discovery.

  f.  Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed by the plaintiff on or before 45 days before trial, and by the defendant on or before 30 days before trial. Objections are to be filed and served within 10 days after receipt of final lists.

  g.  The parties request that this case be scheduled for trial after June 1, 2008, in Opelika, Alabama. Trial is expected to last approximately 2-3 days.

Respectfully submitted this 20th day July, 2007.

ONE OF THE ATTORNEYS FOR PLAINTIFF:

s/ Benjamin H. Parr
410 Second Avenue
Opelika, Alabama  36801


ONE OF THE ATTORNEYS FOR DEFENDANT:

s/ Brian R. Bostick
Brian R. Bostick
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203

3