IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>REGIS CORP., INC.,<br><br>    Defendant. | Civil Action No.:<br>3:07-CV-00501-WKW-CSC |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Regis Corporation (hereinafter "Regis" of "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Scheduling Order, and requests that this Court enter summary judgment in its favor on all claims asserted by Plaintiff, Amy Carpenter.  In support of this motion, Defendant states as follows:

Plaintiff asserts that she was subjected to four adverse employment actions because of her race in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981: (1) a denied promotion; (2) disparate training in the Salon Manager position; (3) her demotion from the Salon Manager position; and (4) her termination.  She also claims that her termination was retaliatory in violation of Title VII.  Regis submits that it is entitled to summary judgment on all of Carpenter's claims because, *inter alia*, she cannot dispute that she was rejected for promotion because her Area Supervisor selected someone whom she believed to be better qualified; her disparate training contention does not constitute an adverse employment action, and nonetheless she has failed to show that she was treated in a discriminatory manner; she cannot dispute that she was demoted for performance issues; she cannot prove a prima facie case for her race discrimination or retaliation discharge claim; and she cannot dispute that she was

discharged based on the good faith belief of Regional Manager Toni Alvarez that Plaintiff had engaged in several incidents of misconduct. For each of these reasons, all of Plaintiff's claims must be dismissed.

**WHEREFORE**, Regis respectfully requests that this Court grant this Motion for Summary Judgment, dismiss Plaintiff's claims with prejudice, and award Regis its costs in defending against this action.

Respectfully submitted,

*s/ Brian R. Bostick*
Timothy A. Palmer
Brian R. Bostick
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1900
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900 Telephone
(205) 328-6000 Facsimile
brian.bostick@odnss.com

Attorneys for Defendant Regis Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of March, 2008, I electronically filed the foregoing Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Benjamin H. Parr.

                                     *s/ Brian R. Bostick*
                                     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                       One Federal Place, Suite 1900
                                       1819 Fifth Avenue North
                                       Birmingham, Alabama 35203-2118
                                       (205) 328-1900 Telephone
                                       (205) 328-6000 Facsimile
                                       brian.bostick@odnss.com