# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER,      :  | |
|     Plaintiff,    : | |
| : | |
| V.    : | CASE NO: 3:07-CV-0051-WKW-CSC |
| : | |
| REGIS CORP. INC.,    : | |
|     Defendant.    : | |

## MOTION TO EXTEND DEALINE
## FOR COMPLETION OF DISCOVERY

  COMES NOW the Plaintiff, by and through her counsel of record, and move this Honorable Court to extend the deadline for completion of discovery, and as grounds for such would show unto the Court the following:

1. The parties have been actively involved in settlement negotiations.
2. It now appears that the case will not be settled.
3. The Plaintiff's deposition has been taken and paper discovery completed, but the Plaintiff has yet to depose the three employees of the Defendant central to the issue.
4. Counsel has requested deposition dates, including a request to depose prior to the deadline, but has as of yet received no response from the Defendant.
5. All remaining depositions can be completed in one day.
6. Allowing additional time will not delay any aspect of the trial. This case is set for trial on 30 June 2008.
7. Allowing additional time will not prejudice either party.

WHEREFORE, the parties respectfully request that the Court extend the deadline for completion of discovery until 30 April 2008.

Respectfully submitted this the 26th day of March 2008.

　//s// Benjamin H. Parr_____
Benjamin H. Parr (ASB-7490-I37P)
Attorney for Plaintiff
Ingrum, Rice, & Parr, LLC
410 Second Avenue
Opelika, AL 36803
(334) 745-3333

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that I have served a true and exact copy of the foregoing **MOTION** to Brain Bostick, Attorney for Defendant, by electronic filing in the CM/ECF system on this the 26th day of March 2008.

　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Parr
　　　　　　　　　　　　　　　　　　　 Benjamin H. Parr (PAR-112)
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　410 Second Avenue
　　　　　　　　　　　　　　　　　　　Opelika AL 36801
　　　　　　　　　　　　　　　　　　　(334) 745-3333