IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-00501-WKW |
| | ) |
| REGIS CORP, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on plaintiff's Motion to Extend Dealine [sic] for Completion of Discovery (Doc. # 14). Defendant filed a motion for a protective order and a response in opposition to the plaintiff's motion (Doc. # 15). An extension of the discovery deadline implicates the scheduling order in the case, and plaintiff's Response to Defendant's Motion for Protective Order (Doc. # 16) suggests that an extension is necessary because of potential bad faith on the part of opposing counsel. The court notes that the plaintiff has assumed that the deadline for her responding to the motion for summary judgment has not passed. This assumption is in error. The court's briefing order entered on August 15, 2007, established the briefing deadlines for dispositive motions, including motions for summary judgment: "The opponent's **response brief** and evidentiary submission shall be **due 21 days after the date the motion is filed**." (Doc. # 10.) More than twenty-one days have elapsed since the defendant filed its Motion for Summary Judgment (Doc. # 11), making any forthcoming response from the plaintiff untimely.

It is ORDERED that the Motion for Protective Order (Doc. # 15) is REFERRED to the Magistrate Judge and plaintiff's Motion for Extension of Deadline (Doc. # 14) is REFERRED to the Magistrate Judge for a recommendation as to whether an extension should be granted.

Done this 27th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE