**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **AMY CARPENTER,** : | |
|     **Plaintiff,** : | |
| : | |
| **V.** : | **CASE NO: 3:07-CV-501-WKW-CSC** |
| : | |
| **REGIS CORP. INC.,** : | |
|     **Defendant.** : | |
| : | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

      COME NOW the Plaintiff and Defendant, by and through their counsel of record, and file this Notice Concerning Settlement Conference and Mediation, and show unto the Court the following:

1.     Counsel for the parties conducted good faith settlement negotiations on 24 March and 25 March 2008.
2.     Counsel have been unable to obtain the consent of the parties to settle the matter.
3.     The parties do not believe mediation will assist in settlement at this time.

Respectfully submitted this the 30th day of March 2008.

 //s// Benjamin H. Parr_____                //s// Brian Bostick_____
Benjamin H. Parr (ASB-7490-I37P)           Brian Bostick
Attorney for Plaintiff                                   Attorney for Defendant
Ingrum, Rice, & Parr, LLC                  Ogletree, Deakins, Nask, Smoak, & Stewart
410 Second Avenue                          1819 5th Ave, N., Suite 1000
Opelika, AL 36803                           Birmingham, Alabama 35203
(334) 745-3333                                  (205) 328-1900