IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:07cv501-WKW |
| ) | |
| REGIS CORP., INC., ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

On March 26, 2008, the plaintiff filed a motion for an extension of time to complete discovery (doc. # 14).  On March 27, 2008, the defendant filed a motion for a protective order and opposition to the plaintiff's motion for an extension of time (doc. # 15).  Upon consideration of the motions, and for good cause, it is

ORDERED that oral argument on the pending motions be and is hereby SET for 2:30 p.m. on April 10, 2008 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that depositions for which the protective order is sought be and are hereby STAYED pending the court's resolution of the motions which shall take place in further proceedings before this court.

Done this the 31st day of March, 2008.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE