# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER,          : | |
|     Plaintiff,          : | |
|               : | |
| V.          : | CASE NO: 3:07-CV-0051-WKW-CSC |
|                : | |
| REGIS CORP. INC.,          : | |
|     Defendant.          : | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, **AMY CARPENTER**, by and through her attorney Benjamin H. Parr, and responds to the Defendant's Motion for Summary Judgment as follows:

1. Plaintiff alleges that a genuine issue of material fact has been created to warrant submission to the jury.

2. Plaintiff concurrently files her brief and supporting materials with this response.

3. Evidentiary submissions contained in the Defendant's motion have not been duplicated.

WHEREFORE, based on the reasons presented in her brief and supporting evidentiary submissions, Plaintiff respectfully requests that the Defendant's Motion for Summary Judgment be DENIED.

Respectfully submitted this the 31st day of March 2008.

  //s// Benjamin H. Parr_____
Benjamin H. Parr (ASB-7490-I37P)
Attorney for Plaintiff
Benjamin H. Parr
Ingrum, Rice, & Parr, LLC
410 Second Ave.
Opelika, AL 36801
(334) 745-3333

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this day delivered a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT to the attorney for the Defendant, Hon Brian Bostick, by electronic filing on this the 31st day of March 2008.

   //s// Benjamin H. Parr____
Benjamin H. Parr
Attorney at Law
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155