**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| AMY CARPENTER, | |
|     Plaintiff, | |
| v. | Civil Action No.: |
| | 3:07-CV-00501-WKW-CSC |
| REGIS CORP., INC., | |
|     Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

COMES NOW Defendant, Regis Corporation, by and through the undersigned counsel, and moves this Court to amend the Scheduling Order in the referenced case to continue the current pre-trial conference, the trial setting, and those dates related to pre-trial filings (witness and exhibit lists, designation of deposition excerpts, voir dire questions, motions in limines, and proposed jury instructions). <u>Plaintiff's counsel has been presented with this motion, and has advised that he has no opposition.</u> In support of this motion, Defendant states:

1.    This matter is presently set for a pre-trial conference on June 2, 2008, and the case is set to be tried on the June 30, 2008, trial term in Opelika, Alabama. Defendant's counsel (Timothy A. Palmer and Brian R. Bostick) are presently scheduled for trial in Montgomery before the Honorable Ira DeMent on the Court's June 23, 2008 trial term in the case of <u>Robert Cyrus v. Hyundai Motor Manufacturing of Alabama, LLC</u>, Civil Action No. 2:07-cv-0144-ID. Presumably, depending on what other cases are pending on the trial term, both cases could be set for trial on overlapping dates.

1

2.   Regardless of whether the trial dates overlap, Defendant will be prejudiced if its attorneys are required to prepare and try two separate cases in two consecutive weeks. Allowing the requested extension will resolve this issue. No party will be prejudiced by the granting of this requested continuance.

3.   A hearing was held before Chief United States Magistrate Judge Charles S. Coody on Thursday, April 10, 2008, to consider the Plaintiff's request to extend the discovery deadline to take three additional depositions. The discovery deadline in the case was March 28, 2008. At the hearing, Defendant's counsel advised Magistrate Judge Coody of this potential conflict and Magistrate Judge Coody recommended that Defendant's counsel file this motion with the Court.[1]

4.   Magistrate Judge Coody advised at the hearing held on Thursday, April 10, 2008, that he would extend the discovery deadline and allow the discovery requested by the Plaintiff.

5.   Defendant presently has pending a motion for summary judgment. Plaintiff's counsel advised the Court that the additional depositions are sought solely for trial preparation and would not affect the Court's summary judgment deadlines. Nothing requested in this motion would affect any of the deadlines in the Court's submission order for summary judgment, and the motion will be ripe for ruling upon the defendant's filing of its summary judgment reply brief. The granting of this continuance will allow the Court additional time to consider the motion without causing the parties to possibly have to engage in trial preparation while the dispositive motion is still pending.

---

[1] Defendant's counsel mistakenly stated at the hearing that the Cyrus case was set on a June 28 trial term, instead of the June 23 trial term.

6. Defendant requests that the pre-trial conference and trial setting be continued for at least 60 days and that the matter either be specially set for trial in Opelika sometime thereafter or be set on the Court's next trial term in Opelika on December 15, 2008.

**WHEREFORE**, for the foregoing reasons, the Defendant requests that this Court amend its Scheduling Order to continue the pre-trial conference, the trial setting, and the deadlines relating to pre-trial filings by at least 60 days.

Respectfully submitted this 14th day April, 2008.

s/ Brian R. Bostick
Brian R. Bostick
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
brian.bostick@odnss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of April, 2008, I electronically filed the foregoing Defendant's Unopposed Motion to Amend Scheduling Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Benjamin H. Parr.

      *s/ Brian R. Bostick*
      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
      One Federal Place, Suite 1900
      1819 Fifth Avenue North
      Birmingham, Alabama 35203-2118
      (205) 328-1900 Telephone
      (205) 328-6000 Facsimile
      brian.bostick@odnss.com