IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-00501-WKW |
| | ) |
| REGIS CORP, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Defendant's Unopposed Motion to Amend Scheduling Order (Doc. # 24). In the motion the defendant seeks to amend the scheduling order to continue the current pre-trial conference, trial setting, and dates related to pre-trial filings. For good cause shown, it is ORDERED that the motion is GRANTED. The Scheduling Order (Doc. # 9) is AMENDED as follows:

1. The pretrial conference is CONTINUED from June 2, 2008 to **November 7, 2008.**

2. The trial is CONTINUED from June 30, 2008 to the **December 15, 2008** trial term.

3. The deadlines for filing witness lists, deposition designations, and exhibit lists are CONTINUED from May 21, 2008 to **November 6, 2008.**

Done this 15th day of April, 2008.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE