IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv501-WKW |
| ) | |
| REGIS CORP., INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On April 15, 2008, the court continued the trial of this case to December 15, 2008. Previously, the plaintiff filed a motion for extension of time to complete discovery (doc. # 14) and the defendant filed a motion for protective order and opposition to plaintiff's motion to extend discovery (doc. # 15). Both motions relate to three notices of deposition. The court heard argument on these motions on April 10, 2008. Based on the motions, the argument and the court's continuance of the trial, it is

ORDERED that the motion for extension of time to complete discovery (doc. # 14) is GRANTED solely for the purpose of permitting the three depositions previously noticed by the plaintiff. The parties shall agree on a mutual time and place for the depositions. It is further

ORDERED that the motion for protective order (doc. # 15) is DENIED as moot.

Done this 16th day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE